STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Joseph Alcaraz

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH ALCARAZ, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 8:21-CV-01683-KK |
| | ) | |
| -v- | ) | **ORDER** |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| Defendant. | | |

**PROPOSED ORDER AWARDING ATTORNEY'S
FEES PURSUANT TO THE   EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal

Access to Justice Act, 28 U.S.C. § 2412(d). Based on the stipulation of the parties

and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to

his counsel,

1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Two Thousand Seven Hundred Five Dollars and Forty-Six Cents ($2,705.46) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group. Any payment of costs may be made either by electronic fund transfer (EFT) or by check.

So ordered.

Date: July 18, 2022

_____

Hon. Kenly Kiya Kato
United States Magistrate Judge

[Proposed Order proffer: Stuart T. Barasch; copy to Lynn M. Harada]

2